No. 2817. Aultman *v.* Utsey. November Term, 1891. This was a petition for a rehearing of this case (34 S. C., 559), upon the grounds taken in the motion stated in No. 2819, next *infra*. The court ruled that the grounds taken were not appropriate to a petition for rehearing, but were properly presented by a motion to set aside the judgment. Application refused PER CURIAM December 23, 1891.